**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jennifer Christine Frederick** | Social Security number or ITIN **xxx−xx−5252** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **17−24923−TPA** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jennifer Christine Frederick

3/28/18                                          **By the court:**   Thomas P. Agresti
                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-24923-TPA
Jennifer Christine Frederick                                              Chapter 7
          Debtor
## CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 1              Date Rcvd: Mar 28, 2018
                              Form ID: 318             Total Noticed: 22

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
db             +Jennifer Christine Frederick,    1569 Rosemary Drive,    Wexford, PA 15090-7935
14740796       +Allegheny Health Network,    P.O. Box 645266,    Pittsburgh, PA 15264-5250
14740801       +Citimortgage Inc,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
14740802       +Direct TV,    P.O. Box 5007,    Carol Stream, IL 60197-5007
14740803       +Fifth Third Bank,    5050 Kingsley Dr.,    Cincinnati, OH 45227-1115
14740804       +Frederic I. Weinberg, Esquire,    The Law Office of Frederic I. Weinberg,    & Associates, P.C.,
                 375 E. Elm Street, Suite 210,    Conshohocken, PA 19428-1973
14740805       +Great Lakes,    P.O. Box 530229,    Atlanta, GA 30353-0229
14740806       +McCandless Water Authority,    418 Arcadia Drive,    Pittsburgh, PA 15237-5597
14740807        MedExpress,    P.O. Box 719,    Dellslow, WV 26531-0719
14740808       +Michael Ratchford, Esquire,    409 Lackawanna Ave., Suite 3C,    Scranton, PA 18503-2059
14740810       +Monterey Financial Services, Inc.,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
14740811       +Nextier Bank,    P.O. Box 845,    Minneapolis, MN 55480-0845
14740812       +PNC Bank,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
14740814       +The Bureaus Inc.,    650 Dundee Road,    Suite 370,    Northbrook, IL 60062-2757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 29 2018 02:04:37      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14740797        EDI: BANKAMER.COM Mar 29 2018 05:50:00      Bank of America,    P.O. Box 982238,
                 El Paso, TX 79998
14740798       +EDI: TSYS2.COM Mar 29 2018 05:49:00      Barclays Bank Delaware,    P.O. Box 8803,
                 Wilmington, DE 19899-8803
14740799       +EDI: CHASE.COM Mar 29 2018 05:49:00      Chase Card,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
14740800       +EDI: CITICORP.COM Mar 29 2018 05:49:00      Citi Card/Citi Bank,    P.O. Box 6241,
                 Sioux Falls, SD 57117-6241
14747595       +EDI: PRA.COM Mar 29 2018 05:48:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14740813       +EDI: SEARS.COM Mar 29 2018 05:49:00      Sears,    PO Box 183082,    Columbus, OH 43218-3082
14740815       +EDI: USAA.COM Mar 29 2018 05:48:00      USAA Savings Bank,    P.O. Box 33009,
                 San Antonio, TX 78265-3009
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
14740809        Monterey Collections SVCS
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2018 at the address(es) listed below:
              Donald R. Calaiaro    on behalf of Debtor Jennifer Christine Frederick dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                               TOTAL: 4
```